UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NORBERTO MEDINA-RODRIGUEZ,

Plaintiff,

v.                                             CIVIL NO. 16-2617 (GAG)

TORRES D'PIZZA, et al.,

Defendants.

## JUDGMENT

Pursuant to this Court's order at Docket No. 18, **JUDGMENT** is hereby entered **DISMISSING with prejudice** all claims and causes of action against Respondent. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

**SO ORDERED.**

In San Juan, Puerto Rico this 8th day of February, 2017.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge